UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jul 16 2024

Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23-cr-00047-HSO-RPM

PHILLIP JEROME RAMSEY, JR.

## ORDER

Upon Motion of the United States Attorney, the Clerk is directed to unseal the Petition for Warrant or Summons for Offender Under Supervision and the arrest warrant filed in this case.

SO ORDERED, this the 16th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE